IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

**DONALD F. INMAN, III,**

      Petitioner,

   v.

**WARDEN, SOUTHEASTERN CORRECTIONAL INSTITUTION,**

      Respondent.

Case No. 2:12-cv-950
JUDGE GREGORY L. FROST
Magistrate Judge Elizabeth A. Preston Deavers

## ORDER

On April 22, 2014, the Magistrate Judge issued a Report and Recommendation recommending that the Court dismiss the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. (ECF No. 8.)  Although the parties were advised of the right to object to the Magistrate Judge's Report and Recommendation and of the consequences of failing to do so, no objections have been filed.

The Court **ADOPTS** and **AFFIRMS** the Report and Recommendation. (ECF No. 8.) This action is hereby **DISMISSED.**

    IT IS SO ORDERED.

          /s/ Gregory L. Frost
          GREGORY L. FROST
          UNITED STATES DISTRICT JUDGE